395 A.2d 1012

Famorca et ux. v. Schaefer et ux., et al., Appellants, et al.

Submitted June 16, 1978. Michael H. Collins, for appellants; Clinton W. Smith, for appellees, Famorca, et ux.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1012

Miniscalco v. Miniscalco, Appellant.

Submitted December 14, 1977. Albert Momjian, for appellant; James Edwin Beasley, for appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.